# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2020 KW 0034

VERSUS

HOANG P. PHAM                                    **MAR 0 3 2020**

---

In Re:    Hoang P. Pham, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 09-04-0518.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

   **WRIT DENIED.**

                              **VGW**
                              **JMG**
                              **WJB**


COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
        FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment
of the Louisiana Supreme Court.